IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EARL D. PHIFFER,

    Petitioner,

JUDGMENT IN A CIVIL CASE

  v.

Case No. 14-cv-573-bbc

RANDALL HEPP,

    Respondent.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Earl D. Phiffer's petition for a writ of habeas corpus under U.S.C. § 2254.

/s/                                                                           October 21, 2014

Peter Oppeneer, Clerk of Court                               Date