### SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*District:*   <u>WESTERN DISTRICT OF WISCONSIN</u>          *Docket No.:*   *14-cv-573-bbc*

*Division:*   _____

| *Plaintiff (Petitioner)* | *Short Caption* | *Defendant (Respondent)* |
|---|---|---|
| (     Earl D. Phiffer | *v.* | Randall Hepp     ) |

-------------------------------------------------------------------------------------------------------------------

***Current Counsel for Plaintiff (Petitioner):***          ***Current Counsel for Defendant (Respondent):***

*(Use separate sheet for additional counsel)*

*Name:*   Earl D. Phiffer                                   *Name:*   Gregory M. Weber

    *Rock Valley Alternative Halfway House*              *Wisconsin Department of Justice*

*Address:*   203 W. Sunny Lane Rd.                        *Address:*   P.O. Box 7857

    Janesville, WI 53545                               Madison, WI 53707

                                               *Phone:*   608-266-3935

                                                Fax: 608-266-9594

                                                *Email: federalordersca@doj.state.wi.us*

-------------------------------------------------------------------------------------------------------------------

*Judge:*   Barbara B. Crabb                        *Nature of Suit Code:*   530 Habeas Corpus (General)

*Court Reporter:*   Lynette Swenson               *Date Filed in District Court:* 11/05/2014

    (608) 255-3821                              *Date of Judgment:*   10/30/2014

                                 *Date of Notice of Appeal:*    11/05/2014

*Counsel:*   ____ *Appointed*      ____*Retained*   <u>X</u> *Pro Se*

*Fee Status:*   _____ *Paid*   ___ *Due*      ___*IFP*   <u>X</u>  *IFP Pending*   ___*U.S.*      ___*Waived*

                         *(Please mark only 1 item above)*

*Has Docketing Statement been filed with the District Court's Clerk's Office:*   <u>X</u> *Yes*      ____ *No*

*If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability:* ___ *granted;* <u>X</u> *denied;* ___*pending*

*If certificate of appealability was granted or denied, what is the date of the order:*   <u>10/30/2014</u>

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**